BRODSKY & SMITH, LLC
Evan J. Smith
esmith@brodsky-smith.com
9595 Wilshire Boulevard, Suite 900
Beverly Hills, CA 90212
Tel: (877) 534-2590
Fax: (310) 247-0160

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| BAHADIR YAVUZ, individually and on behalf of all others similarly situated, | Case No. 3:16-CV-06996 |
| Plaintiff, | |
| v. | |
| TUBEMOGUL, INC.; BRETT WILSON; AJAY CHOPRA; RUSELL FRADIN; JACK LAZAR; PAUL LEVINE; DAVIT TOTH; ADOBE SYSTEMS INCORPORTED; and TIGER ACQUISITION CORPORATION, | |
| Defendants. | |

## NOTICE OF DISMISSAL AND [PROPOSED] ORDER CLOSING AND TERMINATING THE ACTIONS

**WHEREAS,** on November 10, 2016, TubeMogul, Inc. ("TubeMogul")

announced that it had entered into an Agreement and Plan of Merger, dated the same

day (the "Merger Agreement"), pursuant to which Adobe would acquire TubeMogul

in a two-step transaction for $14.00 in cash for each outstanding share of TubeMogul

in a transaction valued at approximately $540 million (the "Tender Offer" or "Proposed Transaction");

**WHEREAS,** on November 18, 2016, TubeMogul filed its Solicitation/Recommendation Statement on Schedule 14D-9 (the "Recommendation Statement") with the Securities and Exchange Commission ("SEC") in support of the Proposed Transaction;

**WHEREAS**, on December 5, 2016, William Thiel filed a putative class action complaint in the Superior Court of the State of California for Alameda County, captioned *Thiel v. TubeMogul, Inc.,* Case No. RG16841232, subsequently removed to the United States District Court for the Northern District of California, captioned *Thiel v. TubeMogul, Inc.*, Case No. 3:16-cv-07083  (the "Thiel Action");

**WHEREAS**, on December 6, 2016, Bahadir Yavuz filed a putative class action complaint in the United States District Court for the Northern District of California, captioned *Yavuz v. TubeMogul, Inc.*, Case No. 4:16-cv-06996 (the "Yavuz Action," together with the Thiel Action, the "Actions");

**WHEREAS**, on December 8 and 13, 2016, the Company filed with the SEC additional disclosures that amended and supplemented the Company's Recommendation Statement (the "Supplemental Disclosures") and that, among other things, mooted the disclosure claims in the Actions;

**WHEREAS**, Plaintiffs believe that the Supplemental Disclosures addressed Plaintiffs' disclosure allegations and claims and entitle them to recover an award of attorneys' fees and expenses;

**WHEREAS**, based on the proceedings to date, Plaintiffs have determined that certain claims asserted in the Actions have been mooted and the remaining claims are so unlikely to be successful as to warrant dismissal;

**WHEREAS**, Defendants deny the allegations in the Actions, including, but not limited to, the disclosure allegations and expressly maintain that they acted diligently and scrupulously, and complied with all applicable fiduciary, disclosure, and other legal duties;

**WHEREAS**, Defendants dispute that Plaintiffs are entitled to an award of attorneys' fees and expenses or any other relief;

**WHEREAS**, the Plaintiffs in both Actions, on behalf of themselves and not on behalf of any class of shareholders, and the Defendants to the Actions have agreed to settle their disputes pursuant to a confidential settlement agreement;

**WHEREAS**, it is the intention of counsel for Plaintiff in the Action to dismiss the Action with prejudice as to Plaintiffs;

**WHEREAS**, no class has been certified in the Actions;

There being no further issue for the Court to consider, the Court, at the request of Plaintiffs, hereby issues the following order:

1.     Plaintiff dismiss with prejudice the above-captioned Action against Defendants as moot; and

2.     To close and terminate the Action.

BRODSKY & SMITH, LLC


*/s/ Evan J. Smith*
Evan J. Smith
9595 Wilshire Boulevard, Suite 900
Beverly Hills, CA 90212
Tel: (877) 834-2590

BROWER PIVEN
A Professional Corporation
Daniel Kuznicki
475 Park Avenue South, 33rd Floor New
York, NY 10016
Tel. (212) 501-9000

Attorneys for Plaintiff


**SO ORDERED.**

Dated: _                 _____
                          US District Court Judge

**Distribution To:**

All ECF-registered counsel of record via email generated through the court's ECF system.